**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

D&A EQUITIES, LLC,

Plaintiff

-against-

NORTHSIDE DEVELOPMENT, LLC.
SEVENTH AVENUE MANAGEMENT II,
LLC, AARON WEXLER, Individually and
RICK KAMINER, Individually,

Defendants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Northside Development, LLC (private non-governmental party) certifies that

Northside Development, LLC is 50% owned by Aaron Wexler and 50% owned by Teletracer

Midatlantic, Inc., and that there are no corporate parents, affiliates and/or subsidiaries of said

party, which are publicly held.

Dated: April 3, 2013
      New York, New York

                     KASOWITZ, BENSON, TORRES
                      & FRIEDMAN LLP

                     By: _____

                     David M. Friedman (dfriedman@kasowitz.com)
                     Daniel A. Fliman (dfliman@kasowitz.com)
                     Julia A. Balduzzi (jbalduzzi@kasowitz.com)
                     1633 Broadway
                     New York, New York 10019
                     Telephone:  (212) 506-1700
                     Facsimile:  (212) 506-1800

                     *Proposed Counsel for Northside Development, LLC*